DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JERMAIN TAVIAS CARTER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2026

[October 31, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Lawrence M. Mirman, Judge; L.T. Case No. 432010CF001415A.

Jermaine T. Carter, Indiantown, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and KLINGENSMITH, JJ., concur.

\*    \*    \*

***Not final until disposition of timely filed motion for rehearing.***